IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FORCE PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 CV 7776 |
| vs. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| KSA LIGHTING & CONTROLS, INC.; | ) | |
| ACUITY BRANDS, INC., JIM WILLIAMS; | ) | Magistrate Judge Gilbert |
| and ASHLEY WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Force Partners, LLC and Defendants Acuity Brands, Inc., KSA Lighting & Controls, Inc., Jim Williams, and Ashley Williams (collectively the "Parties"), hereby stipulate to the dismissal of this case with prejudice. The Parties agree as follows:

1. This lawsuit shall be dismissed with prejudice.

2. Each Party shall bear its own attorney's fees, costs, and expenses.

3. The lawsuit has settled on terms that are strictly confidential.

4. The Defendants have denied any wrongdoing in connection with the lawsuit.

IT IS SO AGREED:

/s/ *Theodore L. Banks*                       January 11, 2023
Sarah R. Marmor                                      Date
Theodore L. Banks
George D. Sax
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
(312) 726-6000
smarmor@scharfbanks.com
tbanks@scharfbanks.com
gsax@scharfbanks.com

*Counsel for Plaintiff Force Partners, LLC*

/s/ *Todd R. Seelman*                       January 11, 2023
Todd R. Seelman (*pro hac vice*)               Date

John C. Parks (*pro hac vice*)
Thomas L. Dyer (*pro hac vice*)
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street
Suite 4000
Denver, CO 80203
(303) 861-7760
Todd.Seelman@lewisbrisbois.com
John.Parks@lewisbrisbois.com
Thomas.Dyer@lewisbrisbois.com

Mary A. Smigielski (ARDC #6243913)
Lindsay J. Bowman (ARDC #6323666)
Lewis Brisbois Bisgaard & Smith LLP
500 West Adams Street
Suite 300
Chicago, IL 60661
(312) 345-1718
Mary.Smigielski@lewisbrisbois.com
Lindsay.Bowman@lewisbrisbois.com

*Counsel for Defendants KSA Lighting & Controls, Inc., Jim Williams, and Ashley Williams*


*/s/ Benjamin R. Dryden*                                         January 11, 2023
Benjamin R. Dryden (*pro hac vice*)                              Date
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
(202) 672-5300
bdryden@foley.com

Roberta F. Howell (*pro hac vice*)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 257-5035
rhowell@foley.com

Susan Poll Klaessy (ARDC #6298625)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4500
spollklaessy@foley.com

*Counsel for Defendant Acuity Brands, Inc.*